# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139969(62)

PEOPLE OF THE STATE OF MICHIGAN,
　　　　　Plaintiff-Appellee,

v

DONALD ALLEN LOWN,
　　　　　Defendant-Appellant.

_____

SC: 139969
COA: 287033
Saginaw CC: 05-026696-FH

　　　　On order of the Chief Justice, the motion by plaintiff-appellee for extension of time for filing its brief is considered and the time is extended to July 20, 2010.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2010

Clerk